**Order entered January 22, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01235-CR
### No. 05-13-01237-CR

**JOHN CLOUD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F93-61603-N**

## ORDER

Appellant's January 14, 2014 motion requesting leave to present oral argument is DENIED.

We DIRECT the Clerk to send a copy of this order, by first-class mail, to John Cloud, TDCJ No. 749521, Powledge Unit, 1400 F.M. 3452, Palestine, Texas 75803.

We DIRECT the Clerk to send a copy of this order, by electronic transmission, to the Dallas County District Attorney's Office.

/s/    LANA MYERS
       JUSTICE